## Case No. 16,696.

UNITED STATES v. WILKINSON et al.

[See 12 How. (53 U. S.) 246.]